JODI LINKER
Federal Public Defender
Northern District of California
ANGELA HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:      Angela_Hansen@fd.org

Counsel for Defendant AGUAYO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:23-mj-71934 MAG |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS ON PRELIMINARY HEARING OR ARRAIGNMENT** |
| v. | |
| JOSE AGUAYO GARCIA, | |
| Defendant. | |

    The above-captioned case is scheduled for a status regarding preliminary hearing or arraignment on July 17, 2024, at 10:30 a.m.  The parties stipulate and agree that the Court should continue this matter to August 15, 2024, at 10:30 a.m., for the reasons set forth below.

    Mr. Aguayo made his initial appearance on a complaint on December 20, 2023.  He was released from custody February 29, 2024, and he has been in compliance with the terms of his pretrial release.  On February 14, 2024, the government produced discovery to the defense.  On March 8, 2024, the defense requested supplemental discovery related, in part, to possible relevant conduct in this matter.  The government produced some of that additional discovery and needs time to collect and produce the remaining discovery.  For these reasons, defense counsel needs time additional time to receive and review the discovery in this case, to conduct legal research and to confer with her

1  client about the discovery.  Moreover, the parties need additional time to research the sentencing
2  guidelines and to negotiate a possible information and plea agreement.  Finally, new government
3  counsel has been assigned to this case and needs time to review the file.  As a result, the parties
4  stipulate and agree that the Court should continue this matter to August 15, 2024.

5        The parties further stipulate and agree to exclude time under the Speedy Trial Act until August
6  15, 2024 because the ends of justice served by the continuance outweigh the best interest of the
7  public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).  The parties further
8  stipulate and agree that the failure to grant a continuance would unreasonably deny the defendant the
9  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
10 *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

11       In addition, the parties agree to waive time under Federal Rule of Criminal Procedure 5.1, from
12 July 17, 2024 to August 15, 2024.  For this reason and for the reasons set forth above, the parties
13 request that the Court find good cause for extending the time limit for a preliminary hearing under
14 Rule 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act as set
15 forth above.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

|   |   |
|---|---|
|   | IT IS SO STIPULATED. |

Dated:     July 12, 2024

JODI LINKER
Federal Public Defender
Northern District of California

            /S
ANGELA HANSEN
Assistant Federal Public Defender

Dated:     July 12, 2024

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

            /S
KEVIN YEH
Assistant United States Attorney

STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT *AGUAYO GARCIA*, 4:23-mj-71934 MAG

3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE AGUAYO GARCIA,<br><br>　　　　Defendant. | Case No.: 4:23-mj-71934 MAG<br><br>**ORDER TO CONTINUE STATUS ON PRELIMINARY HEARING OR ARRAIGNMENT** |

　　For the reasons set forth above, the status regarding preliminary hearing or arraignment is continued from July 17, 2024 to August 15, 2024, at 10:30 a.m.  It is further ordered that time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through August 15, 2024.  Furthermore, considering the public interest in the prompt disposition of criminal cases, the preliminary hearing is continued based on the parties' showing of good cause to waive time under Federal Rule of Criminal Procedure 5.1.  The Court finds good cause for extending the time limits for a preliminary hearing under Rule 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act.  Accordingly, it is ordered the waiver of time under Rule 5.1 is effective from July 17, 2024 to August 15, 2024.

　　　　IT IS SO ORDERED.

Dated:　　July 15, 2024

_____
HON. DONNA M. RYU
Chief Magistrate Judge

ORDER TO CONTINUE ARRAIGNMENT *AGUAYO GARCIA*, 4:23-mj-71934 MAG

1